1038

No. 93–7922. NORTHINGTON v. HOFFMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–7924. MURRAY v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–7925. LEWIS v. MOYER. C. A. 6th Cir. Certiorari denied.

No. 93–7929. DELEMOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7933. DOBER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–7938. THOMPSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7942. DANILOV v. PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 93–7946. DYER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–7948. KENNEDY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7949. KENNEDY v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 93–7962. BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–7964. THOMPSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–7966. WALLACE v. TAYLOR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7971. DOUGLAS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–7973. WEBER v. GORENFELD ET AL. C. A. 9th Cir. Certiorari denied.